UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE: YASMIN AND YAZ (DROSPIRENONE) MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | 3:09-md-02100-DRH<br><br>MDL No. 2100 |

**This Document Relates To:**

| | |
|---|---|
| *Pamela Hayes v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 13-cv-10869-DRH |
| *Lorna Sammoury v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 13-cv-10564-DRH |
| *Shannan Washburn, et al. v. Bayer Corporation, et al.* | No. 12-cv-10594-DRH |

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.** These matters are before the Court for the purpose of docket control.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Stipulations of Dismissal filed to date, the above captioned case is **DISMISSED** with prejudice. Each party shall bear their own costs.

JUSTINE FLANAGAN,
ACTING CLERK OF COURT

BY:  /s/*Caitlin Fischer*
     **Deputy Clerk**

Digitally signed by Judge David R. Herndon
Date: 2015.11.19 12:59:14 -06'00'

APPROVED:
DISTRICT JUDGE
U. S. DISTRICT COURT